Submitted on record and appellant's brief May 27, reversed June 2, 1975

STATE OF OREGON, *Respondent, v.*
RALPH WISHAM (No. C 71-10-3289 Cr), *Appellant.*
535 P2d 552

Theodore H. Heap, Portland, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before SCHWAB, Chief Judge, and THORNTON and LEE, Judges.

PER CURIAM.

REVERSED.

The state concedes error.

Reversed.